costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VINCENZO ANTONELLI, Appellant, v. ALBERT AHRENS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS BAILLY, Appellant, v. ADOLFO BETTI and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS BAILLY, Appellant, v. ADOLFO BETTI and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

J. MORRIS BURRUSS, Appellant, v. DOROTHY GRAY, Otherwise Known as DOROTHY CLOUDMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORRIS WEINBERG, as Administrator, etc., of ARTHUR WEINBERG, Deceased, Respondent, v. VINCENT GARGIULO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JAMES SIMPSON, Respondent, v. DOLSON & McLAUGHLIN, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of EVA MEIER, Respondent, v. FRANK KOUDELKA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORDECAI BENGUIAT and Another, Respondents, v. THE GOTHAM NATIONAL BANK OF NEW YORK, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Appellant, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No. opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Defendant, Impleaded with ABRAHAM J. BERG, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of making the petitioner a party defendant with leave to answer. (See Bulova v. Barnett, Inc., 194 App. Div. 418.) Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SOLOMON GREENWALD, Respondent, v. THE STATE BANK and Another, Appellants.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL H. WALDMAN, Appellant, v. ABRAHAM NAGER and Others, Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of allowing a discovery and inspection up to November 15, 1924. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.